UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORTH PORT FIREFIGHTERS' PENSION-LOCAL OPTION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUSHI COPPERWELD, INC., LI FU, JOSEPH J. LONGEVER, CRAIG H. STUDWELL, WENBING CHRISTOPHER WANG, and BEIHONG LINDA ZHANG,<br><br>Defendants. | No. 3:11-cv-00595<br><br>CLASS ACTION<br><br>Judges Haynes/Bryant |

## ORDER GRANTING MOTION OF FUSHI COPPERWELD INVESTOR GROUP FOR LEAVE TO FILE REPLY BRIEF

Before the court is the Motion of Richard C. Smith, Robert Wiener, and Marcin Norton (collectively, "Fushi Copperweld Investor Group") for Leave to File a Reply Brief, pursuant to *Local Rule 7.01(b),* to respond to portions of the Motion and Response of The City of Lakeland Employees Pension Plan ("Lakeland Employees") (Docket Entry #21) for appointment as lead plaintiff and approval of lead counsel; and (2) in further support of the Fushi Copperweld Investor Group's motion for appointment as lead plaintiff and for approval of its selection of co-lead counsel.

The Court is of the opinion that the Motion should be and is hereby GRANTED.

**SO ORDERED.**

*s/ John S. Bryant*
**MAGISTRATE JUDGE BRYANT**