UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| NORTH PORT FIREFIGHTERS' PENSION-LOCAL OPTION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FUSHI COPPERWELD, INC., et al.,<br><br>Defendants. | Civil Action No. 3:11-cv-00595<br><br>Hon. William J. Haynes, Jr.<br><br><u>CLASS ACTION</u> |

NOTICE OF MOTION FOR LEAVE TO FILE REPLY

Pursuant to Local Rule 7.01(b), Lead Plaintiff movant City of Lakeland Employees Pension Plan ("Lakeland Employees") respectfully moves this Court for leave to file a short reply to the Fushi Copperweld Investor Group's Memorandum of Law (1) in Opposition to the Motion of Lakeland Employees for Appointment as Lead Plaintiff and Approval of Lead Counsel; and (2) in Further Support of the Fushi Copperweld Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel (hereinafter "Opposition Brief"), filed on July 22, 2011 (Docket Entry No. 22).

Lakeland Employees believes its reply, which is only ten pages in length and is attached hereto as Exhibit A, is necessary to respond to arguments that were raised for the first time in the Opposition Brief and which could not have been anticipated prior to its filing.

DATED: August 3, 2011

BARRETT JOHNSTON, LLC
GEORGE E. BARRETT, #2672
DOUGLAS S. JOHNSTON, JR., #5782
DAVID W. GARRISON, #24968

/s/ *George E. Barrett*
GEORGE E. BARRETT

217 Second Avenue, North
Nashville, TN 37201-1601
Telephone: 615/244-2202
615/252-3798 (fax)
gbarrett@barrettjohnston.com
djohnston@barrettjohnston.com
dgarrison@barrettjohnston.com

*[Proposed] Liaison Counsel*