# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I, TERRY NAFISI, Clerk of this Court, certify that

Jennifer N. Caringal, Bar 286197

duly admitted to practice in this Court on     June 4, 2013

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on     June 12, 2013
        *DATE*

TERRY NAFISI
District Court Executive, Clerk of Court

By    _____
       Lupe Thrasher, Deputy Clerk

G-52 (09/08)(Rev. AO 136)     **CERTIFICATE OF GOOD STANDING - MEMBER OF BAR**